**Deny Writ and Opinion Filed December 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01338-CV

## IN RE NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, ET AL., Relators

**Original Proceeding from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-00351**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lewis
Opinion by Justice Francis

Relators contend the trial judge erred in denying their "Motion to Stay in Favor of First-Filed Foreign Action." The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relators have not shown they are entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

131338F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE